CAMMARATA, NULTY & GARRIGAN, L.L.C.
549 Summit Avenue
Jersey City, New Jersey 07306
(201) 656-2222
Attorneys for Plaintiff

| Plaintiff(s), | : | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| LEONARD BELTON | : | FOR DISTRICT OF NEW JERSEY |
| vs. | : | Civil Action No. 05-05679 (KSH) |
| Defendant(s), | : | Civil Action |
| SGT. DET. WASHINGTON GRIFFEN, et al | : | STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs and with prejudice.

DATED: January 3, 2011            CAMMARATA, NULTY & GARRIGAN, LLC
                                  Attorneys for Plaintiff

                            BY:   _____
                                  JOHN P. NULTY, JR., ESQ.

DATED: January 3, 2011            GRIECO, OATES & DeFILIPPO, LLC
                                  Attorneys for Defendant
                                  Paterson Police Department

                            BY:   _____
                                  NICHOLAS A. GRIECO, ESQ.

So ordered this 14th day of March, 2011

_____
Hon. Patty Shwartz
US Magistrate Judge

1